4-23CV 387-O                    LEGAL MAIL

My name is Ryan Sampson and on Oct. 14th 2022 Parker County performed an illegal search and seizure on my property and residence. They failed to present the search warrant after I requested to see it several times. The warrant They did show me while I was incarcerated in Parker County Jail does not match the one they left at my house. The "Search Warrant" itself was for a stolen truck that was on my property but it didn't say anything about my residence that they went in, search and left a giant mess. Plus they left my home unsecured and I was robbed while in jail.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 18 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

LEGAL MAIL

Ryan Sampson 2292461
Parker County Jail
612 Jameson St.
Weatherford, TX. 76086

**LEGAL MAIL**

Clerk of the U.S. District Court
501 W. 10th St.
Fort Worth, 76102

NORTH TEXAS TX P&DC
DALLAS TX 750
14 APR 2023 PM 8

76102-364185

RECEIVED
APR 18 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

LEGAL MAIL