IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RYAN SAMPSON,<br>(Parker County Jail No. 2292481),<br><br>  Plaintiff,<br><br>v.<br><br>PARKER COUNTY<br>SHERIFF'S OFFICE, et al.,<br><br>  Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:23-cv-387-O |

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUDGED,** and **DECREED** that all of Plaintiff's claims are **DISMISSED** for lack of prosecution, without prejudice to their being refiled.  See Fed. R. Civ. P. 41(b).

**SIGNED**  this **1st day** of **August, 2023.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE